UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAYS INN WORLDWIDE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JAI SHREE JALARAM INC. et al,**<br><br>Defendants. | Civ. No. 21-10335 (KM)(LDW)<br><br>**ORDER & JUDGMENT** |

This matter having come before the Court on Plaintiff's motion (DE 9) for default judgment; and the Court having considered Plaintiff's submissions; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 1st day of February 2022,

**ORDERED AND ADJUDGED** that Plaintiff's motion (DE 9) for default judgment is **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that Judgment shall be entered against the Defendants, in the total amount of $122,206.20, comprising the following;

(a) $64,389.92 for outstanding fees and interest; and

(b) $57,816.28 for liquidated damages and pre-judgment interest.

**ORDERED AND ADJUDGED** that the money judgment shall accrue interest, at the statutory rate, compounded annually, pursuant to 28 U.S.C. § 1961; and it is further

**ORDERED** that, upon entry of Judgment, the clerk shall close this case without prejudice to reopening for any further lawful proceedings.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**